**Opinion filed August 29, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00212-CR
_____

## DERRELL WAYNE GIBSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 350th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 11031-D**

## M E M O R A N D U M   O P I N I O N

Derrell Wayne Gibson has filed a pro se notice of appeal in this cause. We dismiss the appeal.

The clerk of this court wrote Appellant on August 11, 2014, and informed him that it did not appear that his notice of appeal related to an appealable order. We requested that Appellant respond and show grounds to continue the appeal. Appellant has responded, but he has not shown grounds upon which this appeal may continue.

An appellate court has jurisdiction to consider an appeal by a criminal defendant from a final judgment of conviction or as otherwise authorized by law. *Abbott v. State*, 271 S.W.3d 694, 696–97 (Tex. Crim. App. 2008). Documentation received from the district clerk reflects that the trial court granted the State's motion to dismiss and dismissed cause no. 11031-D by a written order signed by the judge of the trial court on August 5, 2014. In his August 15, 2014 response to this court's letter, Appellant seems to indicate that cause no. 11031-D was "put . . . on" him when he went to court on July 31, 2014, for sentencing in another case. However, the documents on file in this court reflect that cause no. 11031-D has been dismissed. We can find no authority that would permit this court to exercise jurisdiction in Appellant's appeal from such an order. *See McCray v. State*, No. 01-12-00969-CR, 2013 WL 6047614 (Tex. App.—Houston [1st Dist.] Nov. 14, 2013, no pet.) (mem. op., not designated for publication) (dismissing for want of jurisdiction defendant's appeal from order of dismissal).

Consequently, the appeal is dismissed for want of jurisdiction.

PER CURIAM

August 29, 2014

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.